UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JORDAN BUCKEY & WILLIAM TREVOR | CIVIL ACTION |
| VERSUS | NO. 25-747 |
| HENRY'S UPTOWN BAR, L.L.C. | SECTION "R" (5) |

## **ORDER AND REASONS**

Before the Court is a Motion to Fix Attorneys' Fees filed by defendant Henry's Uptown Bar, L.L.C.[1]  On June 16, 2026, Magistrate Judge North issued a Report and Recommendation ("R&R"), recommending that the Court grant defendant's motion in part and award defendant a total of $5,460.00 in attorneys' fees.[2]  No party objected to the R&R.  Therefore, the Court reviews the R&R for clear error.  *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) Advisory Committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

---

[1]    R. Doc. 27,
[2]    R. Doc. 31.

1

The Court finds no clear error.  Accordingly, the Court adopts the Magistrate Judge's R&R as its opinion.  The Court GRANTS IN PART defendant's motion and awards defendant $5,460.00 in attorneys' fees.  The $5,000.00 fine previously ordered by the Court shall be paid to the clerk of the Court.[3]

New Orleans, Louisiana, this __6th__ day of July, 2026.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[3]      R. Doc. 25.